IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS


FILED
AT WICHITA, KS

In re: ODIE ZELL DALY )
) Case no. 07-12878
) Chapter 13
)

MAR 18 2010

CLERK.
U.S. Court of Bankruptcy
By _____ Deputy

TRUSTEE'S REPORT TO COURT
OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| 03 | ALLTEL | 22.04 |

The case has been dismissed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 378117, in the amount of $ 22.04, payable to the Clerk of the Bankruptcy Court.

LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

```
UNITED STATES
BANKRUPTCY CT-KANSAS

      Wichita Division

# 00127471 - HO
March 18, 2010   0

Code   Case #    Qty      Amount
SMALL DI 67-12878         22.04 CH
  Debtor - DALY


TOTAL0      22.04



FROM: LAURIE B. WILLIAMS
      225 N MARKET STE 310
      WICHITA KS67202
```